In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00096-CR
_____

JOSHUA THOMAS LEONE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 08-04439

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Joshua Thomas Leone pleaded guilty to felony theft. The trial court found the evidence sufficient to find Leone guilty, but deferred further proceedings, placed Leone on community supervision for two years, and assessed a fine of $500. The State subsequently filed a motion to revoke Leone's unadjudicated community supervision. Leone pleaded "true" to two violations of the conditions of his community supervision. The trial court found that Leone had violated the conditions of his community supervision,

1

found Leone guilty of felony theft, and assessed punishment at ten years of confinement.

Leone's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Leone to file a *pro se* brief, but we received no response from Leone. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). However, we note that page two of the judgment references a previously assessed fine, but page one does not, and the trial court did not orally pronounce a fine at the revocation hearing. This Court has the authority to modify the trial court's judgments to correct a clerical error. *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993). Therefore, we delete the following language from page two of the judgment: "The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above." We substitute the following language in its place: "The Court ORDERS Defendant punished as indicated on page 1. The Court ORDERS

Defendant to pay court costs and restitution as indicated on page 1." We affirm the trial court's judgment as modified.[1]

AFFIRMED AS MODIFIED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 12, 2013
Opinion Delivered December 11, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Leone may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.